**Order entered February 11, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01579-CV

### IN RE PIONEER NATURAL RESOURCES USA, INC., Relator

**Original Proceeding from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-05255**

## ORDER
Before Justices Schenck, Reichek, and Evans

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/     AMANDA L. REICHEK
        JUSTICE